**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| The Prudential Insurance Company of America,<br>Plaintiff,<br>v.<br>Arleen Vicentina and Shirley Cuenca,<br>Defendants. | Case No. 2:25-cv-01972-JAD-DJA<br>**Order** |
| Shirley Cuenca,<br>Cross-Claimant,<br>v.<br>Arleen Vicentina,<br>Cross-Defendant. | |

This matter is before the Court on its review of the docket. This is an interpleader action brought by The Prudential Insurance Company of America to determine who is the proper beneficiary to the death benefit of its insured, decedent Renato Cuenca. Prudential names Arleen Vicentina (decedent's domestic partner) and Shirley Cuenca (decedent's daughter) as defendants because they both made a claim to decedent's death benefits. Vicentina and Cuenca both have waived service. (ECF Nos. 8, 11). On February 6, 2026, Cuenca filed an answer to the complaint and a crossclaim against Vicentina. (ECF No. 13). Vicentina has not filed an answer to the complaint or the cross-claim, but instead has filed a letter. (ECF No. 18). Neither Cuenca nor Vicentina are represented by counsel.

///

///

///

Under Local Rule 22-1,[1] in an interpleader action, "the plaintiff must file a motion requesting that the court set a scheduling conference." That motion "must be filed within 30 days after the first defendant answers or otherwise appears." LR 22-1. "If the plaintiff fails to prosecute the interpleader action by failing to file the motion required by this rule, the court may dismiss the action." *Id.* Prudential has not filed the motion required by LR 22-1. Nonetheless, to get this case on track, the Court will set a scheduling conference.

**IT IS THEREFORE ORDERED** that a scheduling conference is set for **August 25, 2026, at 10:00 a.m. in Las Vegas Courtroom 3A** before the Honorable United States Magistrate Judge Daniel J. Albregts. All parties must attend **in person** and any motion to appear remotely must be filed on or before **August 11, 2026.**

**IT IS FURTHER ORDERED** that Prudential must serve a copy of this order on Vicentina[2] and must file a certificate of service demonstrating that service on or before **August 5, 2026.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** a copy of this order to Vicentina at the below address:

Arleen Vicentina
7870 Hamilton Pool Drive
Las Vegas, NV 89113

DATED: July 17, 2026,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

[1] This refers to the Local Rules of Practice for the United States District Court for the District of Nevada, which can be found online at https://www.nvd.uscourts.gov/court-information/rules-and-orders/

[2] Cuenca has filed a consent for electronic service of documents. (ECF No. 16). But Vicentina has not and has no address listed on the docket, so she is likely not receiving any Court documents.