**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| The Prudential Insurance Company of America,<br><br>Plaintiff,<br><br>v.<br><br>Arleen Vicentina and Shirley Cuenca,<br><br>Defendants.<br><br>And related cross claims. | Case No. 2:25-cv-01972-JAD-DJA<br><br>**Order** |

Before the Court is Shirley Cuenca's motion to extend the September 11, 2026, deadline to serve her crossclaim on Arleen Vicentina and to serve Vicentina by alternative means. (ECF No. 24). On September 14, 2026, Vicentina served an answer to Cuenca's crossclaim. (ECF No. 26). No party has responded to Cuenca's motion.

Given Vicentina's answer, it is not clear to the Court whether Cuenca has already successfully served Vicentina. Nonetheless, given the fact that Cuenca filed her motion one day before the September 11, 2026, deadline, even if Cuenca did successfully serve Vicentina, it was possibly after the deadline. In any event, the Court finds that Cuenca has demonstrated good cause to extend the deadline for service. *See* Fed. R. Civ. P. 4(m). Given the uncertainty about whether Cuenca has served Vicentina, however, the Court denies Cuenca's request for the Court to approve alternative service methods without prejudice.

**IT IS THEREFORE ORDERED** that Cuenca's motion to extend the service deadline (ECF No. 24) is **granted in part and denied in part.** It is granted in part regarding Cuenca's request for an extension of time to serve Vicentina. It is denied in part without prejudice in all other respects.

**IT IS FURTHER ORDERED** that the deadline for service on Vicentina is extended thirty days from today, to **October 29, 2026.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** a copy of this order to Vicentina and Cuenca at the below addresses and email addresses:

**Arleen Vicentina**
7870 Hamilton Pool Drive
Las Vegas, NV 89113

**Shirley Cuenca**
3201 Yorba Linda Blvd., #213
Fullerton, CA 92831
legaspi_shirl@yahoo.com

DATED: September 29, 2026,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE